IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

COBB COUNTY, GA
FILED IN OFFICE
2024 AUG 12 PM 2:26
STATE COURT CLERK-02

VERONICA POWERS

PLAINTIFF

CASE NO. 24-A-3849

$0 pd

Vs

WAL-MART STORES EAST, LP,
WAL-MART STORES, INC. and
VANELC TECHNOLOGY, INC.

DEFENDANT

| TYPE OF SUIT: | | AMOUNT OF SUIT | |
|---|---|---|---|
| Account | ☐ | Principal | $ TBD |
| Contract | ☐ | Interest | $ TBD |
| Note | ☐ | Attys. Fees | $ TBD |
| Tort | ☑ | Court Costs | $ TBD |

SUMMONS Vanelc Technology

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the CLERK of said court and serve upon the Plaintiff's attorney or upon Plaintiff if no attorney, to wit, whose name and address is:

Veronica Powers
2731 Woodland Terrace, S.E,
Apartment #304
Smyrna, GA 30080

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. NOTE: Any corporate party served must be represented by a licensed attorney at law. (see Eckles v. Atlanta Technology Group, 267 Ga. 801)

This 12-AUG-2024
(Date)

COURT OF COBB COUNTY, GEORGIA

Robin C. Bishop
Clerk
State Court of Cobb County

12 East Park Square, Marietta, Georgia 30090-9630 (770) 528-1220 Building B, First floor-Civil Division

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

COBB COUNTY, GA FILED IN OFFICE
2024 AUG 12 2:26
ROBIN C. BISHOP STATE COURT CLERK-02

VERONICA POWERS

PLAINTIFF

Vs

WAL-MART STORES EAST, LP,
WAL-MART STORES, INC. and
VANELC TECHNOLOGY, INC.
DEFENDANT

CASE NO. 24-A-3849
$0 pd

| TYPE OF SUIT: | | AMOUNT OF SUIT | |
|---|---|---|---|
| Account | ☐ | Principal | $ TBD |
| Contract | ☐ | Interest | $ TBD |
| Note | ☐ | Attys. Fees | $ TBD |
| Tort | ☑ | Court Costs | $ TBD |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: wal mart Stores INC.

You are hereby summoned and required to file with the CLERK of said court and serve upon the Plaintiff's attorney or upon Plaintiff if no attorney, to wit, whose name and address is:

Veronica Powers
2731 Woodland Terrace, S.E,
Apartment #304
Smyrna, GA 30080

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. NOTE: Any corporate party served must be represented by a licensed attorney at law. (see Eckles v. Atlanta Technology Group, 267 Ga. 801)

This 12-AUG-2024
(Date)

Robin C. Bishop
Clerk
State Court of Cobb County

STATE COURT OF COBB COUNTY, GEORGIA

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

VERONICA POWERS

PLAINTIFF

Vs

WAL-MART STORES EAST, LP,
WAL-MART STORES, INC. and
VANELC TECHNOLOGY, INC.

DEFENDANT

CASE NO. 24-A-3849
$0 pd

COBB COUNTY, GA
FILED IN OFFICE
2024 AUG 12 PM 2:26
ROBIN C. BISHOP
STATE COURT CLERK-G

| TYPE OF SUIT: | | AMOUNT OF SUIT | |
|---|---|---|---|
| Account | ☐ | Principal | $ TBD |
| Contract | ☐ | Interest | $ TBD |
| Note | ☐ | Attys. Fees | $ TBD |
| Tort | ☑ | Court Costs | $ TBD |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Walmart Stores EAST, LP

You are hereby summoned and required to file with the CLERK of said court and serve upon the Plaintiff's attorney or upon Plaintiff if no attorney, to wit, whose name and address is:

Veronica Powers
2731 Woodland Terrace, S.E,
Apartment #304
Smyrna, GA 30080

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.
NOTE: Any corporate party served must be represented by a licensed attorney at law. (see Eckles v. Atlanta Technology Group, 267 Ga. 801)

This 12-AUG-2024
(Date)

Robin C. Bishop

STATE COURT OF COBB COUNTY, GEORGIA

Clerk
State Court of Cobb County

12 East Park Square, Marietta, Georgia 30090-9630 (770) 528-1220 Building B, First floor-Civil Division

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| VERONICA POWERS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| V. | : | |
| WAL-MART STORES EAST, LP, WAL-MART STORES, INC. and VANELC TECHNOLOGY, INC., | : | FILE NUMBER 24-A-3849 |
| | : | |
| Defendants. | : | |

COBB COUNTY, GA
FILED IN OFFICE
2024 AUG 12 PM 2:27
STATE COURT CLERK-02

**COMPLAINT FOR DAMAGES**

NOW COMES VERONICA POWERS, Plaintiff in the above-styled action, and states her Complaint for Damages as follows:

**IDENTITY OF PARTIES, JURISDICTION AND VENUE**

1.

VERONICA POWERS is a resident of Cobb County, Georgia, and brings this action for damages.

2.

Defendant WAL-MART STORES EAST, LP is a foreign limited partnership organized and existing for the purpose of pecuniary gain and profit.

3.

Unless service is acknowledged, a Complaint should be issued along with Summons which may be served on Defendant by serving its registered agent, The Corporation Company, 410 Peachtree Parkway, Suite 4245, Cumming, Forsyth County, Georgia 30041.

4.

Defendant WAL-MART STORES, INC. is a corporation organized and existing for the purpose of pecuniary gain and profit.

5.

Unless service is acknowledged, a Complaint should be issued along with Summons which may be served on Defendant WALMART, INC. by serving its registered agent, The Corporation Company, 410 Peachtree Parkway, Suite 4245, Cumming, Forsyth County, Georgia 30041.

6.

Defendant VANELC TECHNOLOGY, INC. is a foreign corporation organized and existing for the purpose of pecuniary gain and profit.

7.

Unless service is acknowledged, a Complaint should be issued along with Summons which may be served by second original VANELC TECHNOLOGY, INC. by serving its registered agent, Zhimin Zeng, 15902-A Halliburton Road, Suite 629, Hacienda Heights, Los Angeles County, California 91745.

8.

The Defendants are subject to the jurisdiction and venue of this Honorable Court under the Georgia Long-Arm Statute, <u>Official Code of Georgia Annotated</u> Section 9-10-91(1), (2) and

(3), as each has transacted business in this state since (1) each nonresident defendant has purposefully done some act or consummated some transaction in this state, (2) the cause of action arises from or is connected with such act or transaction in this state, and (3) the exercise of jurisdiction by the courts of this state does not offend traditional fairness and substantial justice.

COUNT I

9.

On or about February 18, 2021, the Plaintiff ordered an Elenker Walker, manufactured by Defendant VANELC TECHNOLOGY, INC., from Defendants WAL-MAR STORES EAST, LP and WALMART, INC. online which was delivered to the Plaintiff on or about February 26, 2021.

10.

Defendants marketed the subject Elenker Walker online as "Designed to assist patient's back upright when standing or walking who has had neck, back surgery, neurologic or othopaedic disorders and the elderly," listed its "weight capacity" as 300 pounds and advertised for use for standing, walking and for sitting.

11.

On or about August 10, 2022, the Plaintiff walked outside her residence in Cobb County, Georgia, using the Elenker Walker when she attempted to sit upon the Walker, the Walker

collapsed, despite the Plaintiff not exceeding the Walker's weight capacity, causing the Plaintiff injuries requiring medical attention and causing her to incur medical expenses.

12.

Plaintiff is entitled to recover from Defendants for her medical expenses and pain and suffering in an amount to be determined by a jury at trial.

COUNT II

13.

Plaintiff realleges and incorporates paragraphs 1 through 12 above as fully set forth herein.

14.

Plaintiff shows that Defendants were negligent in the designing, testing, manufacturing, sale and distribution of the subject Elenker Walker and in failing to warn Plaintiff of the dangerous properties, propensities, characteristics, and design of the subject Walker.

15.

The negligence of the Defendants was the proximate cause of the injuries sustained by Plaintiff.

16.

Plaintiff is entitled to recover from Defendants for her medical expenses and pain and suffering in an amount to be determined by a jury at trial.

COUNT III

17.

Plaintiff realleges and incorporates paragraphs 1 through 12 above as fully set forth herein.

18.

Defendants, jointly and severally, breached any express or implied warranties of merchantability or fitness for use provided under Official Code of Georgia Annotated §§ 11-2-313, -314 & -315 , incidental to the sale of the Elenker Walker to the Plaintiff.

19.

Plaintiff is entitled to recover from Defendants for her medical expenses and pain and suffering in an amount to be determined by a jury at trial.

COUNT IV

20.

Plaintiff realleges and incorporates paragraphs 1 through 12 above as fully set forth herein.

21.

Defendant VANELC TECHNOLOGY, INC. is the manufacturer of the Elenker Walker, which it sold to the Plaintiff as new property through dealer, Defendants WAL-MART STORES EAST, LP and WAL-MART, INC.

22.

The Elenker Walker was defective within the meaning of

Official Code of Georgia Annotated Section 51-1-11 as it was not reasonably suited for the purpose for which it was manufactured, it did not remain secure and stable when Plaintiff used it as a seat despite the marketing material representation that the Walker could be used for sitting.

23.

The Elenker Walker when sold was not merchantable and reasonably suited for the use intended by the Plaintiff and represented to the Plaintiff by the Defendants.

24.

Plaintiff is a natural personal who suffered injury as a result of using the Elenker Walker within its specifications listed for the Elenker Walker by Defendants in their marketing material.

25.

The defective condition of the Elenker Walker when sold to the Plaintiff was the proximate cause of the Plaintiff's injuries.

26.

The Plaintiff used the Elenker Walker leading to her injury within ten (10) years of the first sale for use of the Walker.

27.

Plaintiff is entitled to recover from Defendants for her medical expenses and pain and suffering in an amount to be

determined by a jury at trial.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, on a joint and several basis, as follows:

(a) That the Plaintiff recover compensatory special damages in the amount of $75,870.80, for medical expenses;

(b) That the Plaintiff recover compensatory general damages for past and future pain and suffering as determined by a jury at trial;

(c) That the Plaintiff recover all costs of this litigation; and

(d) That the Plaintiff have such other and further relief as is just and proper.

Respectfully submitted,

Veronica Powers
Plaintiff, Pro Se

Apartment 304
2731 Woodland Terrace, S.E.
Smyrna, Georgia 30080
girlpowers57@yahoo.com
678.665.3899

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of COBB County

**For Clerk Use Only**

Date Filed 08-12-2024 (MM-DD-YYYY)

Case Number 24-A-3849

**Plaintiff(s)**

POWERS, VERONICA
Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

**Defendant(s)**

WAL-MART STORES EAST, LP
Last First Middle I. Suffix Prefix

WAL-MART STORES, INC.
Last First Middle I. Suffix Prefix

VANELC TECHNOLOGY, INC.
Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

**Plaintiff's Attorney** ______ **Bar Number** ______ **Self-Represented** ☑

**Check one case type and one sub-type in the same box (if a sub-type applies):**

### General Civil Cases

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☑ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

### Domestic Relations Cases

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support - IV-D
- ☐ Support-Private (non-IV-D)
- ☐ Other Domestic Relations

FILED IN OFFICE
STATE COURT CLERK-02
2024 AUG 12 PM 2:27

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

______ Case Number ______ Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A.§ 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

______ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

VERONICA POWERS,

Plaintiff,

v.

WAL-MART STORES EAST, LP,
WAL-MART STORES, INC., and
VANELC TECHNOLOGY, INC.,

Defendants.

Civil Action File No.
24-A-3849

________________________________________/

ANSWER OF DEFENDANTS
WAL-MART STORES EAST, LP AND WALMART INC.
f/k/a WAL-MART STORES, INC.

COME NOW, Defendants WAL-MART STORES EAST, LP and WALMART INC. (formerly known as WAL-MART STORES, INC.) (collectively "Walmart") and make this Answer to Plaintiff's Complaint as follows:

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Walmart upon which relief can be granted.

SECOND DEFENSE

Walmart denies that it was negligent in any manner whatsoever or that any negligent act or omission on its part caused or contributed to any injury or damage

alleged to have been sustained by Plaintiff.

THIRD DEFENSE

Walmart is a product retailer. Walmart is not a product manufacturer. Any claims for strict liability against Walmart should be dismissed as a matter of law.

FOURTH DEFENSE

Fault must be apportioned by the jury as set forth by Georgia law.

FIFTH DEFENSE

Plaintiff's claims for attorney's fees should be dismissed as a matter of law.

SIXTH DEFENSE

Walmart responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 1 of the Plaintiff's Complaint.

2.

Walmart admits that Wal-Mart Stores East, LP is a limited partnership, but, otherwise, denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.

Walmart denies as stated the allegations contained in paragraph 3 of the Plaintiff's Complaint. Wal-Mart Stores, Inc. is now known as Walmart Inc..

4.

Walmart admits that Walmart Inc. is a corporation, but, otherwise, denies the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5.

Walmart admits the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Walmart denies the allegations contained in paragraph 8 of the Plaintiff's Complaint. Jurisdiction and venue are now proper in the United States District Court, Northern District of Georgia, Atlanta Division.

9.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12.

Walmart denies the allegations contained in paragraph 12 of the Plaintiff's Complaint that are directed toward Walmart.

13.

Walmart realleges and incorporates its responses to paragraphs 1 through 12 above as if fully set forth herein.

14.

Walmart denies the allegations contained in paragraph 14 of the Plaintiff's Complaint that are directed toward Walmart.

15.

Walmart denies the allegations contained in paragraph 15 of the Plaintiff's Complaint that are directed toward Walmart.

16.

Walmart denies the allegations contained in paragraph 16 of Plaintiff's Complaint that are directed toward Walmart.

17.

Walmart realleges and incorporates its responses to paragraphs 1 through 16 above as if fully set forth herein.

18.

Walmart denies the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19.

Walmart denies the allegations contained in paragraph 19 of the Plaintiff's Complaint that are directed toward Walmart.

20.

Walmart realleges and incorporates its responses to paragraphs 1 through 19 above as if fully set forth herein.

21.

Walmart denies that it is a "dealer" of the Elenker Walker. Walmart lacks sufficient information to either admit or deny the remaining allegations contained in paragraph 21 of the Plaintiff's Complaint.

22.

Walmart denies the allegations contained in paragraph 22 of the Plaintiff's Complaint.

23.

Walmart denies the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24.

Walmart lacks sufficient information to either admit or deny the allegations contained in the paragraph number 24 of the Plaintiff's Complaint.

25.

Walmart denies the allegations contained in paragraph 25 of Plaintiff's Complaint.

26.

Walmart lacks sufficient information to either admit or deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.

Walmart denies the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

29.

Walmart denies Plaintiff's prayer for relief, including subparagraphs (a), (b), (c), and (d) thereof.

WHEREFORE, Walmart prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. WALMART DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendants
WAL-MART STORES EAST, LP
WALMART INC. (formerly known as
WAL-MART STORES, INC.)

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANTS has this day been filed and served upon opposing counsel via Peach Court E-File and by US Mail to pro se Plaintiff addressed as follows:

Veronica Powers
2731 Woodland Terrace, SE
Apt 304
Smyrna, GA 30080

This the 6th day of September, 2024.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendants
WALMART INC. (formerly known as
WAL-MART STORES, INC.)

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

VERONICA POWERS,

Plaintiff,

v.

WAL-MART STORES EAST, LP,
WAL-MART STORES, INC., and
VANELC TECHNOLOGY, INC.,

Defendants.

______________________/

Civil Action File No.
24-A-3849

**12-PERSON JURY DEMAND**

COME NOW Defendants, WAL-MART STORES EAST, LP and WAL-MART STORES, INC. and demand a trial by a jury of twelve (12) persons.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WAL-MART STORES EAST, LP
WAL-MART STORES, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **12-PERSON JURY DEMAND** has this day been filed and served upon opposing counsel via Peachcourt E-File and by US Mail to pro se Plaintiff addressed as follows:

Veronica Powers
2731 Woodland Terrace, SE
Apt 304
Smyrna, GA 30080

This the 6th day of September, 2024.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WAL-MART STORES EAST, LP
WAL-MART STORES, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com